CANN[F?]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY A. OKOKO<br>Petitioner – Plaintiff, Pro Se.<br><br>v.<br><br>ALBERTO R. GONZALES, Attorney General<br>Of the United States;<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security ("DHS");<br>EMILIO T. GONZALES, Director,<br>United States Citizenship<br>and Immigration Services ("USCIS");<br>DEBRA ZAMBERRY, Officer in Charge,<br>Pittsburgh Sub Office, USCIS;<br><br>Respondents - Defendants. | Civil Action No. **06-1091**<br><br><br>**JUDGE LANCASTER/<br>MAGISTRATE JUDGE HAY** |

## MOTION TO VOLUNATRILY DISMISS PETITION FOR HEARING ON NATURALIZATION APPLICATION

Petitioner, Jerry A. Okoko, Pro Se, moves to voluntarily dismiss his petition for hearing on Naturalization Application. The Petition is now moot because Petitioner is a United States citizen. Petitioner has received all the relief that was requested with this Court. Accordingly, the Court should issue an order dismissing the Petition.

Respectfully submitted, this **15th day of September, 2006**

_____
Jerry A. Okoko, Petitioner – Plaintiff, Pro Se
Tel:   412-378-6024   Fax: 412-521-3035
Email: sondrio151@hotmail.com

SO ORDERED, this 18th day of September, 2006.

_____
Gary L. Lancaster, U.S. District Judge